**THOMASON et al. v. POWERS et ux.**
**(No. 1320.)**

(Court of Civil Appeals of Texas. El Paso. May 4, 1922. Rehearing Denied June 22, 1922.)

Appeal from District Court, Stephens County; W. R. Ely, Judge.

Action by W. R. Powers and wife against G. J. Thomason and others. Judgment for plaintiffs, and defendants appeal. Affirmed.

H. G. McConnell, of Haskell, E. D. McKenzie, of Anson, and Wm. E. Hawkins, of Breckenridge, for appellants.

H. R. Wilson, of Wichita Falls, Bottorff & Puett, of Breckenridge, and J. R. Stubblefield, of Eastland, for appellees.

HIGGINS, J. This is a companion case to cause No. 1319, G. J. Thomason et al. v. J. T. Hawley et ux, 242 S. W. 521, this day decided. The opinion in that case is adopted in disposing of the questions presented by this appeal. For the reasons indicated in that opinion, this case is affirmed.

---

**THOMASON et al. v. HAM et ux. (No. 1354.)**

(Court of Civil Appeals of Texas. El Paso. May 4, 1922. Rehearing Denied June 22, 1922.)

Judgment ☞736—Judgment sustaining validity of lease not res adjudicata of issue of abandonment.

In an action by lessors to set aside a lease, a judgment for the lessees was res adjudicata of all issues as to the original validity of the lease, but was not res adjudicata of the issue of abandonment.

Appeal from District Court, Stephens County; W. R. Ely, Judge.

Action by M. F. Ham and wife against G. J. Thomason and others. Judgment for plaintiffs, and defendants appeal. Affirmed.

H. G. McConnell, of Haskell, E. D. McKenzie, of Anson, and Wm. E. Hawkins, of Breckenridge, for appellants.

W. C. Veale, of Breckenridge, and J. R. Stubblefield, of Eastland, for appellees.

HIGGINS, J. This is a companion case to cause No. 1319, Thomason v. Hawley, 242 S. W. 521, in which an opinion is this day handed down, with this exception: Prior to December 3, 1912, Ham and wife brought a suit against G. J. Thomason to set aside the lease, and upon said date judgment in said suit was rendered against Ham and wife. This judgment was res adjudicata of all issues as to the original validity of the lease, but is not res adjudicata of the issue of abandonment.

The issue of abandonment was found in favor of appellees, and upon that finding the judgment is affirmed.

---

**THOMASON et al. v. McENTIRE et ux.**
**(No. 1355.)**

(Court of Civil Appeals of Texas. El Paso. May 4, 1922. Rehearing Denied June 22, 1922.)

Appeal from District Court, Stephens County; W. R. Ely, Judge.

Action by Jeff McEntire and wife against G. J. Thomason and others. Judgment for plaintiffs, and defendants appeal. Affirmed.

H. G. McConnell, of Haskell, E. D. McKenzie, of Anson, and Wm. E. Hawkins, of Breckenridge, for appellants.

W. C. Veale, of Breckenridge, and J. R. Stubblefield, of Eastland, for appellees.

HIGGINS, J. For the reasons stated in the opinion this day handed down in the companion case of Thomason v. Hawley (No. 1319) 242 S. W. 521, this case is affirmed.

---

**THOMASON et al. v. WISDOM. (No. 1356.)**

(Court of Civil Appeals of Texas. El Paso. May 4, 1922. Rehearing Denied June 22, 1922.)

Appeal from District Court, Stephens County; W. R. Ely, Judge.

Action by J. K. Wisdom against G. J. Thomason and others. Judgment for plaintiff, and defendants appeal. Affirmed.

H. G. McConnell, of Haskell, E. D. McKenzie, of Anson, and Wm. E. Hawkins, of Breckenridge, for appellants.

W. C. Veale, of Breckenridge, and J. R. Stubblefield, of Eastland, for appellee.

HIGGINS, J. For the reasons stated in the opinion this day handed down in the companion case of Thomason v. Hawley (No. 1319) 242 S. W. 521, this case is affirmed.